**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>DIANA MARCELA GOMEZ GRAJALES,<br>Defendant. | Case No. 2:26-mj-00152-MDC-1<br><br>ORDER |

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, October 14, 2026, at 10:00 a.m., be vacated and continued to December 23, 2026 at 9 : 30 m. in LV Courtroom 3A.

DATED this 5th day of October 2026.

UNITED STATES MAGISTRATE JUDGE